**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000382
25-SEP-2020
09:02 AM**

NO. CAAP-20-0000382

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TREVONDRICK JOVON FRANCIS, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 1PR181000008 (CR. NO. 1PC091001414))

ORDER DISMISSING APPEAL
(By:  Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On May 18, 2020, the circuit court clerk received and electronically filed self-represented Petitioner-Appellant Trevondrick Jovon Francis's (**Francis**) notice of appeal;

(2) On July 1, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 13, 2020, and August 10, 2020, respectively;

(3) Francis did not file either document or request an extension of time;

(4) On August 26, 2020, the appellate clerk notified Francis that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 8, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rules 12.1(e) and 30, and Francis may request relief from default by motion; and

(5) Francis took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 25, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge